PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
JUN 29 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nathan Lee Ubbinga**

**Docket No. 0:02CR00390-001(JRT)**

**Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nathan Lee Ubbinga** who was sentenced for Unlawful Manufacture of a Destructive Device on September 9, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program and psychological/psychiatric counseling/treatment

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Mr. Ubbinga violated the conditions of supervised release based on the following:** On June 1, 2006, Mr. Ubbinga failed to appear for urinalysis as instructed by the code-a-phone.

On June 3, 2006, Mr. Ubbinga submitted a urinalysis which yielded a positive result for the use of methamphetamine. Mr. Ubbinga admitted to the use of methamphetamine.

On June 16, 2006, Mr. Ubbinga submitted a urinalysis which yielded a positive result for the use of cocaine. Mr. Ubbinga admitted to the use of cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate for a period of 90 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

ORDER OF THE COURT

Considered and ordered this 28th day of June, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

SCANNED
JUN 30 2006
U.S. DISTRICT COURT MPLS

[signature]

Douglas S. Stevens
U.S. Probation Officer

Executed on June 22, 2006
Place Minneapolis

c: United States Sentencing Commission