PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nathan Lee Ubbinga**

**Docket No. 0:02CR00390-001(JRT)**

**Petition on Supervised Release**

RECEIVED
AUG 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nathan Lee Ubbinga** who was sentenced for Unlawful Manufacture of a Destructive Device on September 9, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participate in drug/alcohol treatment program and psychological/psychiatric counseling/treatment

90 days home confinement (modified on June 28, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The undersigned officer spoke with Robert Schatz, a licensed alcohol and drug counselor, who advised that Mr. Ubbinga's continued drug use appears to be triggered by his alcohol consumption.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

ORDER OF THE COURT

Considered and ordered this 10th day of Aug., 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

[signature]

Douglas S. Stevens
U.S. Probation Officer

Executed on August 1, 2006
Place Minneapolis

c: United States Sentencing Commission

SCANNED
AUG 11 2006
U.S. DISTRICT COURT MPLS