Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Nathan Lee Ubbinga

Docket No. 0:02CR00390-001(JRT)

# HEARING WAIVER

I, Nathan Lee Ubbinga, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

Signed: ______________________
Nathan Lee Ubbinga
Supervised Releasee

Witness: ______________________
Douglas S. Stevens
U.S. Probation Officer

Dated: 7-12-06

SCANNED
AUG 11 2006
U.S. DISTRICT COURT MPLS