PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
OCT 26 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nathan Lee Ubbinga**

**Docket No. 0:02CR00390-001(JRT)**

**AMENDED Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nathan Lee Ubbinga** who was sentenced for Unlawful Manufacture of a Destructive Device on September 9, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment program and psychological/psychiatric counseling/treatment
90 days home confinement (modified on June 28, 2006)
No alcohol/bars (modified on August 1, 2006)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On September 23, 2006, Mr. Ubbinga submitted to urinalysis. The test yielded a positive result for the use of methamphetamine. Mr. Ubbinga admitted to this officer his use of methamphetamine.

**Additional Violation**

**On October 17, 2006, Mr. Ubbinga submitted to urinalysis. The test yielded a positive result for the use of methamphetamine. Mr. Ubbinga admitted to this officer his use of methamphetamine.**

PRAYING THAT THE COURT WILL ORDER That **the Petition on Supervised Release dated September 29, 2006, be amended to include the additional violation as noted above.**

ORDER OF THE COURT

Considered and ordered this 26 day of October, 2006, and ordered filed and made a part of the records in the above case.

[signature]

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

SCANNED
OCT 26 2006
U.S. DISTRICT COURT MPLS

[signature]

Douglas S. Stevens
Senior U.S. Probation Officer

Executed on October 25, 2006
Place Minneapolis