**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE:JEANNE GRAHAM |
| Plaintiff, | ) | U.S. MAGISTRATE JUDGE |
| | ) | |
| v. | ) | Case No: CR 02-390 JRT |
| | ) | Date: 10/30/06 |
| Nathan Lee Ubbinga, | ) | Court Reporter: N/A |
| | ) | Tape Number: 21/984-1358 |
| Defendant. | ) | Time Commenced: 11:00 a.m. |
| | | Time Concluded: 11:05 a.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Frank Magill, Assistant U.S. Attorney

Defendant: Scott Tilsen √ To be appointed

Interpreter / Language: N/A // ENGLISH

**Date Charges Filed**: 10/06/06 **Offense**: Violation of Supervised Release

Charges read into record √ Waived Reading of Charges √ Advised of Rights

**on** Violation of √ Supervised Release

Additional Information:

Defendant released on previously imposed conditions. Final revocation hearing date is Friday, November 3, 2006 at 9:00 a.m. before Judge Tunheim.

s/AR
Signature of Criminal Duty Clerk