PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

RECEIVED
OCT 30 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Nathan Lee Ubbinga**

**Docket No. 0:02CR00390-001(JRT)**

**SECOND AMENDED Petition on Supervised Release**

COMES NOW **Douglas S. Stevens**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Nathan Lee Ubbinga** who was sentenced for Unlawful Manufacture of a Destructive Device on September 9, 2003, by the Honorable John R. Tunheim, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug/alcohol treatment program and psychological/psychiatric counseling/treatment
90 days home confinement (modified on June 28, 2006)
No alcohol/bars (modified on August 1, 2006)

SCANNED
OCT 30 2006
U.S. DISTRICT COURT MPLS

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

STANDARD CONDITION: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

On September 23, 2006, Mr. Ubbinga submitted to urinalysis. The test yielded a positive result for the use of methamphetamine. Mr. Ubbinga admitted to this officer his use of methamphetamine.

On October 17, 2006, Mr. Ubbinga submitted to urinalysis. The test yielded a positive result for the use of methamphetamine. Mr. Ubbinga admitted to this officer his use of methamphetamine.

<u>Additional Violations</u>:

**On October 7, 2006, Mr. Ubbinga was instructed to submit to urinalysis. He was unable to void. A PharmChem Drugs of Abuse Patch was applied. The patch worn from October 7 through 10, 2006, yielded a positive result for the use of methamphetamine. Mr. Ubbinga denied any use at the time the patch was applied.**

**SPECIAL CONDITION D: The defendant shall participate in a program for drug and/or alcohol abuse as approved by the probation officer. That program may include testing and inpatient or outpatient treatment, counseling, or a support group.**

**On October 25, 2006, Mr. Ubbinga reported for urinalysis as instructed by the code-a-phone. He reported approximately 20 minutes prior to the closing of the collection site. Allegedly, he was unable to void. The collector remained with him for roughly 35 minutes. When the collection site closed, Mr. Ubbinga had not provided a testing sample.**

PRAYING THAT THE COURT WILL ORDER That **the Petition on Supervised Release dated October 24, 2006, be amended to include the additional violations as noted above.**

ORDER OF THE COURT

Considered and ordered this 30th day of October, 2006, and ordered filed and made a part of the records in the above case.

Honorable John R. Tunheim
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Douglas S. Stevens
Senior U.S. Probation Officer

Executed on October 27, 2006
Place Minneapolis