AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

**SUMMONS IN A CRIMINAL CASE**

v.

Case Number: CR 02-390 JRT

Nathan Lee Ubbinga

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 8E**
**300 South Fourth Street**
**Minneapolis, MN 55415**

Before: **Honorable Magistrate Jeanne J. Graham**

On: **10/30/06 at 11:00 a.m.**

RECEIVED
OCT 27 2006
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

To answer a(n) Order of the Court.

SCANNED
OCT 27 2006
U.S. DISTRICT COURT MPLS

Brief description of offense:

Violation of Supervised Release

Jackie Ellingson, Deputy Clerk

Dated: October 12, 2006

RECEIVED
US MARSHALS SERVICE
MPLS MN
2006 OCT 12 P 2:12

AO 83 (Rev. 12/85) Summons In A Criminal Case

# RETURN OF SERVICE

Service was made by me: [1] Doug Stevens Date: 10/18/06

Check one of the boxes below to indicate appropriate method of service

☑ Service personally upon the defendant at: Residence

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ____________________

☐ Returned unexecuted: ____________________

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 10/18/06
Date

AL GARBER
Name of United ~~States~~ Marshal

(by) ~~Deputy United States Marshal~~
U.S. Probation Officer

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure