**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

Nathan Lee Ubbinga,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R Tunheim
U.S. District Judge

Case No: 02-390(1) (JRT/FLN)
Date: 11/20/06
Court Reporter: Kristine Mousseau
Tape Number:
Time Commenced: 10:24 a.m.
Time Concluded: 10:34 a.m.
Time in Court: Hours & 10 Minutes

APPEARANCES:

Plaintiff: Frank Magill, Assistant U.S. Attorney
Defendant: Lyonel Norris : FPD 9 CJA 9 Retained 9 To be appointed

PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Defendant admits allegations.

ORDERED:
: Supervised Release revoked.
: Defendant is sentenced to: 5 months at a Residential Re-Entry Center (Halfway House) to begin as soon as a bed is available. At the end of the 5 month term, Supervised Release will be reinstated under the previous terms and conditions and expiration date.
: Defendant released on previously imposed conditions.

s/LPH
Calendar Clerk