UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-390 (JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>V.<br><br>NATHAN LEE UBBINGA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MOTION FOR VOLUNTARY SURRENDER |

Nathan Lee Ubbinga, through counsel, respectfully moves the Court to voluntarily surrender to the Volunteers of America Residential Re-entry Center on March 1, 2007 as placement for the sentence received as a result of the supervised release violation.

Mr. Ubbinga appeared at a final revocation hearing on November 20, 2006. At that hearing, Mr. Ubbinga admitted the violation and the Court revoked his supervised release and imposed a sentence of five (5) months at a Residential Re-Entry Center to begin as soon as a bed is available. It has become known that the first available bed will become available on or about March 1, 2007. Given that the Court expressed its desire that Mr. Ubbinga maintain his current employment prior to and during the service of his sentence, it permitted Mr. Ubbinga to remain at liberty pending the availability of a bed at the local facility.

Mr. Ubbinga respectfully requests the opportunity to voluntarily surrender to the facility when that bed becomes available rather than either wait in jail or be designated to a facility that would require him to relinquish his current employment. This request is made to ensure his current employment is maintained and his affairs are in order prior to

beginning the five (5) month sentence he is to serve. The monies earned will benefit his girlfriend and the preparation for the birth of Mr. Ubbinga's child.

Mr. Ubbinga will continue to abide by any conditions deemed appropriate by the Court and U.S. Probation Office.

Dated: November 22, 2006

Respectfully submitted,

*s/Lyonel Norris*______________
LYONEL NORRIS
Attorney No. 165888
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415