**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Criminal No. 02-390 (JRT/FLN)

Plaintiff,

v. **ORDER**

NATHAN LEE UBBINGA,

Defendant.

---

Nicole A. Engisch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Lyonel Norris, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for defendant.

Based upon defendant Ubbinga's motion and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Ubbinga meet with his supervised release officer as on a schedule deemed suitable by U.S. Probation and will continue to adhere to any and all conditions set by the U.S. Probation Office. Release will continue until March 1, 2007 or earlier if the Bureau of Prisons notifies the Court or U.S. Probation that a placement is available at the Volunteers of America Residential Re-entry Center location. At that time, Ubbinga is to turn himself in to the Volunteers of America Residential Re-entry Center facility for service of his sentence.

DATED: December 4, 2006
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge