OFFICE OF THE

# FEDERAL DEFENDER

**District of Minnesota**

107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
Phone: 612-664-5858
Fax: 612-664-5850

KATHERIAN D. ROE
Federal Defender

ANDREW H. MOHRING
First Assistant Defender

ANDREA K. GEORGE
Senior Litigator

SCOTT F. TILSEN
Senior Assistant Defender

KATHERINE MENENDEZ
MANNY K. ATWAL
LYONEL NORRIS
CAROLINE DURHAM
REGGIE ALIGADA
Assistant Defenders

TIM W. TREBIL
MIKE KAULFUSS
Investigators

January 17, 2007

Honorable Arthur J. Boylan
United States Magistrate Judge
738 U.S. Courthouse
316 North Robert Street
St. Paul, MN 55101

RE: United States v. Nathan Ubbinga
Criminal No. 02-390 JRT

Dear Magistrate Judge Boylan:

After consultation with counsel, Mr. Ubbinga waives the preliminary and detention hearing set for January 18, 2007, at 3:00 p.m. and requests that it be removed from the Court's calendar.

Sincerely,

*s/ Lyonel Norris*

LYONEL NORRIS
Assistant Federal Defender

LN:jrp