**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: ARTHUR J. BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-390 JRT/FLN |
| | ) | Date: 01/17/07 |
| Nathan Lee Ubbinga, | ) | Court Reporter: None |
| | ) | Tape Number: 51/2092-2698 |
| Defendant. | ) | Time Commenced: 2:00 p.m. |
| | | Time Concluded: 2:05 p.m. |
| | | Time in Court: 5 Minutes |

APPEARANCES:

**Plaintiff:** Tim Rank,
Assistant U.S. Attorney

**Defendant:** Caroline Durham,
√ To be appointed

Interpreter: None Language: English

Date Charges Filed: 01/08/07 Offense: Violation of Supervised Release

√ Waived Reading of Charges √ Advised of Rights

on Violation of: √ Supervised Release

√ Government moves for detention.
Motion is: √ granted, temporary detention ordered.

Next appearance date is Thursday, January 18, 2007 at 3:00 p.m. before U.S. Magistrate Judge Boylan for:
√ detention hrg √ preliminary revocation

Additional Information:

s/AR
Criminal Duty Clerk