**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: ARTHUR J. BOYLAN |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CR 02-390 JRT/FLN |
| | ) | Date: 01/18/07 |
| Nathan Lee Ubbinga, | ) | Court Reporter: None |
| | ) | Tape Number: 52/2032-2139 |
| Defendant. | ) | Time Commenced: 3:40 p.m. |
| | ) | Time Concluded: 3:45 p.m. |
| | ) | Time in Court: 5 Minutes |

√ **PRELIMINARY REVOCATION / DETENTION HRG**
Time in Court 3 min. Prelim / 2 min. Det:

APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Caroline Durham
√ FPD

Interpreter / Language: None/English

On Warrant for Violation of √ Supervised Release

√ Defendant Bound Over to District Court of Minnesota.

√ Defendant Ordered Detained - Government to submit proposed Order.

Additional Information:
Defendant waived both preliminary revocation and detention hearings. Final revocation hearing date is Friday, March 23, 2007 at 1:00 p.m. before Judge Tunheim.

_s/AR____
Criminal Duty Clerk