UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 02-390(JRT)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | DETENTION ORDER |
| v. | ) | |
| | ) | |
| NATHAN LEE UBBINGA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court on January 18, 2007 on the government's motion for detention. The government was represented by James Lackner, Assistant U.S. Attorney. The defendant was present and represented by Andrea George, Assistant Federal Public Defender.

The case involves a petition for violation of supervised release. The defendant waived his right to both a preliminary hearing and the detention hearing in open court. Based upon the Pretrial Services report and the defendant's waiver,

IT IS HEREBY ORDERED THAT:

1. The motion of the United States for detention of defendant Ubbinga is granted;

2. Defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

3. Defendant shall be afforded reasonable opportunity to consult privately with his lawyer;

4. Upon order of the Court or request of the United States Attorney the person in charge of the corrections facility in which

the defendant is confined shall deliver him to the United States Marshal for the purpose of appearance in connection with the Court proceeding.

Dated:1/22/07

s/Arthur J. Boylan
UNITED STATES MAGISTRATE JUDGE
Arthur J. Boylan