A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
JAN 2 5 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

V.

Nathan Lee Ubbinga (1)

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-390 JRT/FLN**

0741-6108-0394-D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Nathan Lee Ubbinga

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

Kim Krulas

(By) Kim Krulas, Deputy Clerk

January 8, 2007 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________ Signature of Arresting Officer ______________________

ARRESTED ON 1-17-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA
M. Lalumiere

SCANNED
JAN 2 6 2007
U.S. DISTRICT COURT MPLS