Fr

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,

v.

Nathan Lee Ubbinga,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

| | |
|---|---|
| Case No: | 02-390(1) JRT/FLN 1 |
| Date: | 1/31/07 |
| Court Reporter: | Kristine Mousseau |
| Time Commenced: | 4:06 p.m. |
| Time Concluded: | 4:15 p.m. |
| Time in Court: | 9 Minutes |

## APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Lyonel Norris : FPD 9 CJA 9 Retained 9 To be appointed

## PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**

## ORDERED:

: The Judgment and Commitment on Supervised Release Violation dated December 4, 2006, [Docket No. 37] is hereby VACATED.
: The term of Supervised Release is hereby reinstated.
: Supervised Release continued up and to the original expiration date.
: Defendant is sentenced to: 5 months of community confinement at the Anoka County jail or workhouse, with work release.
: Written order to be issued.
: Defendant released on same terms and conditions of supervised release.

s/LPH
Calendar Clerk