**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

UNITED STATES OF AMERICA, Criminal No. 02-390 (JRT/JSM)

Plaintiff,

v. **ORDER**

NATHAN LEE UBBINGA,

Defendant.

---

Nicole A. Engisch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Lyonel Norris, **OFFICE OF THE FEDERAL DEFENDER,** 300 South Fourth Street, Suite 107, Minneapolis, MN 55415, for defendant.

The Court entered a Sentencing Judgment on Supervised Release Violation in this case on November 20, 2006. The Judgment sentenced defendant to serve a five-month term of confinement at a Residential Reentry Center ("RRC"). On January 4, 2007, the Bureau of Prisons informed the Court that an RRC was not an appropriate placement because defendant was classified as a medium security offender. The Bureau of Prisons therefore designated defendant to the medium security level facility in Pekin, Illinois. On January 8, 2007, a Petition and Order on Bond was entered and a warrant for defendant was issued as a result of continued violations of his supervised release. On January 31, 2007, defendant appeared before the Court for a final revocation hearing as to these violations, and so the Court could consider the appropriateness of the Bureau of Prison's

designation to Pekin, Illinois. At the hearing, the Court explained that the Court would vacate the Sentencing Judgment entered on November 20, 2006. The Court further explained that it would reinstate the Supervised Release with an additional condition that defendant spend five months in a RRC with work release privileges. Finally, the Court explained that if defendant violated any of the conditions of his release, the Court would revoke his release and send defendant to the federal facility in Pekin, Illinois.

Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the Sentencing Judgment on Supervised Release Violation entered on November 20, 2006 [Docket No. 37] is **VACATED**. Supervised Release is reinstated to the original expiration date, with the additional condition specified in the Sentencing Judgment filed concurrently with this Order.

DATED: February 2, 2007
at Minneapolis, Minnesota.

s/John R. Tunheim
JOHN R. TUNHEIM
United States District Judge