**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

RECEIVED
APR 16 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA,

Plaintiff,

Criminal No. 02-390 (JRT/FLN)

v.

**ORDER**

NATHAN LEE UBBINGA,

Defendant.

Nicole A. Engisch, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, Minnesota 55415, for plaintiff.

Lyonel Norris, **OFFICE OF THE FEDERAL PUBLIC DEFENDER**, 300 South Fourth Street, Suite 107, Minneapolis, Minnesota 55415, for defendant.

Based upon defendant Nathan Lee Ubbinga's oral motion and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Nathan Lee Ubbinga be released from the custody of the United States Marshal and shall then be under the supervision of U.S. Probation. All previously imposed conditions of supervised release will continue and the defendant will adhere to any and all conditions set by the U.S. Probation Office. Release will continue until April 30, 2007 at 11:00 a.m., at which time, supervised release will be revoked and the defendant is to turn himself in to the Bureau of Prisons for service of his sentence.

DATED: 4-16-07
at Minneapolis, Minnesota.

JOHN R. TUNHEIM
United States District Judge

FILED

SCANNED
APR 16 2007
U.S. DISTRICT COURT MPLS