**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA, Plaintiff,
v.
Nathan Lee Ubbinga, Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: John R. Tunheim
U.S. District Judge

Case No: 02-390 JRT/FLN
Date: 04/16/07
Court Reporter: Kristine Mousseau
Time Commenced: 3:10 p.m.
Time Concluded: 3:35 p.m.
Time in Court: 25 Minutes

APPEARANCES:

Plaintiff: Nicole Engisch, Assistant U.S. Attorney
Defendant: Lyonel Norris : FPD 9 CJA 9 Retained 9 To be appointed

PROCEEDINGS:

: **Revocation of Supervised Release - Final Hearing.**
: Preliminary Examination : Waived 9 Detention Hearing 9 Waived
: Defendant admits only the allegation that he was terminated from the work release program.

ORDERED:

: Supervised Release revoked
: Defendant is sentenced to: Custody of BOP for 6 months
: Revocation is stayed until April 20, 2007 at 11:00 a.m., at which time defendant will turn himself in to BOP
: Defendant released on same terms and conditions of supervised release.

s/LPH
Calendar Clerk