A0 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
APR 24 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Nathan Lee Ubbinga

## WARRANT FOR ARREST

CASE NUMBER: **CR 02-390 JRT/FLN**

0741-0409-0698.D

2007 APR -9 P 3:52

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Nathan Lee Ubbinga

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: John R. Tunheim, United States District Court Judge.

Stacey E. Kulevich

(By) Stacey E. Kulevich, Deputy Clerk

April 9, 2007 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at __________

Date Received: __________________ Date of Arrest: __________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 4-10-07
ARRESTED BY USMS
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
APR 27 2007
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/05