USM

RECEIVED
JUN 15 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA
2007 APR 23 A 10: 53

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**Nathan Lee Ubbinga**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Supervised Release)
Case Number: **02-390 JRT/FLN**
USM Number: **10839-041**
Social Security Number: **8739**
Date of Birth: **1979**

**Lyonel Norris**
Defendant's Attorney

**THE DEFENDANT:**

[X] admitted guilt to violation of a condition of the term of supervision.
[] was found in violation of condition(s) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special Condition | The defendant shall serve a period of 5 months in the Anoka County Jail or Workhouse with work release privileges. The defendant will turn himself in to the facility as directed by the probation officer. | 03/30/07 |

**The defendant is sentenced as provided in pages 2 through 2 of this judgment.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[] The defendant has not violated condition(s) and is discharged as to such violation(s) condition.

It is ordered that the defendant **must** notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

April 16, 2007
Date of Imposition of Judgment

s/John R. Tunheim
Signature of Judge

JOHN R. TUNHEIM, United States District Judge
Name & Title of Judge

April 20, 2007
Date

A true printed copy in 2 sheet(s)
of the electronic record filed on 4-20-07,
in the United States District Court
for the District of Minnesota.
CERTIFIED, 4-20, 2007.
RICHARD D. SLETTEN
BY [signature]
Deputy Clerk

SCANNED
JUN 21 2007
U.S. DISTRICT COURT MPLS

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: NATHAN LEE UBBINGA
CASE NUMBER: 02-390 JRT/FLN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months with no term of supervision to follow**.

[] The court makes the following recommendations to the Bureau of Prisons:

[] The defendant is remanded to the custody of the United States Marshal.

[] The defendant shall surrender to the United States Marshal for this district.
[] at on .
[] as notified by the United States Marshal.

[X] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[X] **on April 30, 2007 at 11:00 a.m.**
[] as notified by the United States Marshal.
[] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on 6/12/07 to Federal Prison Camp at Duluth MN, with a certified copy of this judgment.

R.L. Morrison, Warden
~~United States Marshal~~

By Rianda Siss
~~Deputy United States Marshal~~